Thomas Scott Thompson (admitted *Pro Hac Vice*)
Ryan Thomas Dougherty (admitted *Pro Hac Vice*)
SThompson@mintz.com
RTDougherty@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
555 12th Street NW, Suite 1100
Washington, D.C. 20004
Tel:  202-434-7300
Fax: 202-434-7400

Paige E. Adaskaveg (SBN 330551)
peadaskaveg@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Tel:  415-432-6000
Fax: 415-432-6001

*Counsel for Plaintiff T-MOBILE WEST LLC*

Kevin P. Sullivan (SBN 177757)
ksullivan@gdandb.com
GATZKE DILLON & BALLANCE LLP
2762 Gateway Road
Carlsbad, CA 92009
Tel.: (760) 431-9501

*Counsel for Plaintiff VB BTS II, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| T-MOBILE WEST LLC, and VB BTS II, LLC,<br><br>          *Plaintiffs*,<br><br>     vs.<br><br>COUNTY OF SAN BENITO; COUNTY OF SAN BENITO BOARD OF SUPERVISORS; and DOM ZANGER, KOLLIN KOSMICKI, MINDY SOTELO, ANGELA CURRO, and IGNACIO VELAZQUEZ, in their official capacity as members of the County of San Benito Board of Supervisors,<br><br>          *Defendants*, | Case No. 5:25-cv-07760-SVK<br><br>**JOINT STIPULATION REGARDING EXTENSION OF DEADLINES FOR SERVICE OF EXPERT REPORTS**<br><br>Complaint Filed:      September 11, 2025 |

JOINT STIPULATION REGARDING DEADLINES FOR SERVICE OF EXPERT REPORTS –
CASE NO. 5:25-CV-07760-SVK

Plaintiffs T-Mobile West LLC ("T-Mobile") and VB BTS II, LLC ("Vertical Bridge") (together "Plaintiffs"), by and through their attorneys, and Defendants County of San Benito; County of San Benito Board of Supervisors; Dom Zanger, Kollin Kosmicki, Mindy Sotelo, Angela Curro, and Ignacio Velazquez, in their official capacity as Members of the County of San Benito Board of Supervisors ("Defendants"), by and through their attorneys, jointly state the following:

1.  On November 14, 2025, the Court issued an Order entering the parties' jointly submitted Case Management Schedule.

2.  The parties have conferred and agreed to extend the deadlines for service of Plaintiffs' expert reports and Defendants' service of rebuttal expert reports by one week.

3.  The parties agree that Plaintiffs' service of any expert reports shall now be due no later than March 2, 2026, and Defendants' service of any rebuttal reports shall now be due no later than April 1, 2026.

4.  The parties agree that these brief extensions will not affect any other deadlines set by the Court.

5.  These extensions are made jointly by the parties in good faith and not for purposes of delay.  Neither party will be prejudiced by the extension of these deadlines.

**NOW, THEREFORE, PLAINTIFFS AND DEFENDANTS, BY AND THROUGH THEIR ATTORNEYS, HEREBY STIPULATE AND AGREE AS FOLLOWS:**

6.  Plaintiffs' deadline for service of any expert reports is extended one (1) week from February 23, 2026 to March 2, 2026.

7.  Defendants' deadline for service of any rebuttal reports is extended one (1) week from March 25, 2026 to April 1, 2026.

8.  These extensions are made jointly by the parties in good faith and neither party will be prejudiced by the extension of these deadlines.

2

JOINT STIPULATION REGARDING DEADLINES FOR SERVICE OF EXPERT REPORTS –
CASE NO. 5:25-CV-07760-SVK

9. These extensions do not affect any other deadlines set by the Court.

**IT IS SO STIPULATED.**


**PURSUANT TO STIPLATION, IT IS SO ORDERED.**


February 23, 2026

Hon. Susan Van Keulen
United States Magistrate Judge

JOINT STIPULATION REGARDING DEADLINES FOR SERVICE OF EXPERT REPORTS –
CASE NO. 5:25-CV-07760-SVK

Dated:  February 21, 2026

Respectfully submitted,

**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**

*/s/ Paige E. Adaskaveg*
Paige E. Adaskaveg (SBN 330551)
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Tel:  415-432-6000
Fax: 415-432-6001
peadaskaveg@mintz.com

Thomas Scott Thompson (admitted *Pro Hac Vice*)
Ryan T. Dougherty (admitted *Pro Hac Vice*)
555 12th Street NW, Suite 1100
Washington, D.C. 20004
Tel:  202-434-7300
Fax: 202-434-7400
SThompson@mintz.com
RTDougherty@mintz.com

*Attorneys for Plaintiff T-MOBILE WEST LLC*

**GATZKE DILLION & BALLANCE LLP**

*/s/ Kevin P. Sullivan*
Kevin P. Sullivan (SBN 177757)
2762 Gateway Road
Carlsbad, CA 92009
Tel.: (760) 431-9501
ksullivan@gdandb.com

*Counsel for Plaintiff VB BTS II, LLC*

**PRENTICE LONG, PC**

*/s/ Rebekah Mojica*
Rebekah Mojica (SBN 351006)
Gregory P. Priamos (SBN 136766)
481 4th Street, 2nd Floor
Hollister, CA 95023
 (831) 636-4040
rebekah@prenticelongpc.com
gregory@prenticeongpc.com

*Attorneys for Defendants San Benito County et al.*

**CAMPANELLI & ASSOCIATES, P.C.**

*/s/ Andrew J. Campanelli*
Andrew J. Campanelli, Esq. (admitted *pro hac vice*)
1757 Merrick Avenue, Suite 204

4

JOINT STIPULATION REGARDING DEADLINES FOR SERVICE OF EXPERT REPORTS –
CASE NO. 5:25-CV-07760-SVK

Merrick, NY 11566
 (516) 746-1600
ajc@campanellipc.com

*Attorneys for Defendants San Benito County et al.*

JOINT STIPULATION REGARDING DEADLINES FOR SERVICE OF EXPERT REPORTS –
CASE NO. 5:25-CV-07760-SVK