Thomas Scott Thompson (admitted *Pro Hac Vice*)
Ryan Thomas Dougherty (admitted *Pro Hac Vice*)
SThompson@mintz.com
RTDougherty@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
555 12th Street NW, Suite 1100
Washington, D.C. 20004
Tel:  202-434-7300
Fax: 202-434-7400

Paige E. Adaskaveg (SBN 330551)
peadaskaveg@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Tel:  415-432-6000
Fax: 415-432-6001

*Counsel for Plaintiff T-MOBILE WEST LLC*

Kevin P. Sullivan (SBN 177757)
ksullivan@gdandb.com
GATZKE DILLON & BALLANCE LLP
2762 Gateway Road
Carlsbad, CA 92009
Tel.: (760) 431-9501

*Counsel for Plaintiff VB BTS II, LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| T-MOBILE WEST LLC, and VB BTS II, LLC,<br><br>　　　　　*Plaintiffs*,<br><br>　　vs.<br><br>COUNTY OF SAN BENITO; COUNTY OF SAN BENITO BOARD OF SUPERVISORS; and DOM ZANGER, KOLLIN KOSMICKI, MINDY SOTELO, ANGELA CURRO, and IGNACIO VELAZQUEZ, in their official capacity as members of the County of San Benito Board of Supervisors,<br><br>　　　　　*Defendants*, | Case No. 5:25-cv-07760-SVK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENTS TO CASE SCHEDULE**<br><br>Assigned to Magistrate Judge Susan Van Keulen<br><br>Complaint Filed:　　September 11, 2025 |

1

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENTS TO CASE
SCHEDULE – CASE NO. 5:25-CV-07760-SVK

Plaintiffs T-Mobile West LLC ("T-Mobile") and VB BTS II, LLC ("Vertical Bridge") (together "Plaintiffs"), by and through their attorneys, and Defendants County of San Benito; County of San Benito Board of Supervisors; Dom Zanger, Kollin Kosmicki, Mindy Sotelo, Angela Curro, and Ignacio Velazquez, in their official capacity as Members of the County of San Benito Board of Supervisors ("Defendants"), by and through their attorneys, jointly state the following:

1.    On November 14, 2025, the Court issued an Order entering the parties' jointly submitted Case Management Schedule. The deadline for completion of all discovery under that Schedule is April 24, 2026.

2.    On January 23, 2026, Plaintiffs served their First Set of Requests for Production of Documents to Defendants.

3.    Defendants have made two document productions to Plaintiffs, one on March 20, 2026 and one on April 15, 2026. Defendants continue to collect and review documents and anticipate making additional productions.

4.    On March 2, 2026, Plaintiffs served Defendants with the report of Plaintiffs' retained expert, Richard Conroy.

5.    On March 20, 2026, Plaintiffs served Defendants with a notice of deposition for Defendants' representative pursuant to Fed. R. Civ. P. 30(b)(6) with a scheduled date for the deposition on April 22, 2026.

6.    The parties have conferred and agreed to a four-week extension of the discovery cutoff date for the following limited purposes only:

   a.    By May 4, 2026, Defendants will complete their production of documents responsive to Plaintiffs' First Set of Requests for Production, including production of the complete, certified administrative record related to the permit application and denial that is the subject of this litigation;

   b.    By May 22, 2026, Plaintiffs will hold the deposition of Defendants' 30(b)(6) designee witness; and

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENTS TO CASE SCHEDULE – CASE NO. 5:25-CV-07760-SVK

c. By May 22, 2026, Defendants will notice and hold the deposition of Plaintiffs' expert witness.

7. Accordingly, the parties agree that for the limited purposes identified in paragraph 6, the amended discovery cutoff date will be May 22, 2026.

8. The parties further agree, based on the extension of certain discovery deadlines under paragraph 6, that the amended deadline to file motions for summary judgment will also be shifted by four weeks to June 26, 2026.

9. The parties agree that these extensions are made solely to accommodate the discovery events described in paragraph 6, and for all other discovery, the Case Management Schedule deadline of April 24, 2026 will apply.

10. The parties further agree that these extensions do not affect the parties' obligations to timely respond to any other outstanding discovery requests that have been served.

11. These extensions are made jointly by the parties in good faith and not for purposes of delay. Neither party will be prejudiced by the extension of these deadlines.

**NOW, THEREFORE, PLAINTIFFS AND DEFENDANTS, BY AND THROUGH THEIR ATTORNEYS, HEREBY STIPULATE AND AGREE AS FOLLOWS:**

12. Defendants' deadline for complete production of documents responsive to Plaintiffs' First Set of Requests for Production of Documents is May 4, 2026.

13. Plaintiffs' deadline for conducting the 30(b)(6) deposition of Plaintiffs' designee is May 22, 2026.

14. Defendants' deadline for noticing and conducting the deposition of Plaintiffs' expert witness is May 22, 2026.

15. The amended discovery cutoff date is May 22, 2026.

16. The amended deadline for filing motions for summary judgment is June 26, 2026.

17. No other discovery may be sought by the parties after April 24, 2026.

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENTS TO CASE SCHEDULE – CASE NO. 5:25-CV-07760-SVK

18. These extensions do not affect the parties' obligations to timely respond to any outstanding discovery requests.

19. These extensions are made jointly by the parties in good faith and neither party will be prejudiced by the extension of these deadlines.

**IT IS SO STIPULATED.**

*[signatures on following page]*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: ___April 17___, 2026

_____
Hon. Susan Van Keulen
United States Magistrate Judge

---

4

Dated:  April 16, 2026

Respectfully submitted,

**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.**

*/s/ Paige E. Adaskaveg*
Paige E. Adaskaveg
Thomas Scott Thompson (admitted *Pro Hac Vice*)
Ryan T. Dougherty (admitted *Pro Hac Vice*)

*Attorneys for Plaintiff T-MOBILE WEST LLC*

**GATZKE DILLION & BALLANCE LLP**

*/s/ Kevin P. Sullivan*
Kevin P. Sullivan

*Counsel for Plaintiff VB BTS II, LLC*

**PRENTICE LONG, PC**

*/s/ Rebekah Mojica*
Rebekah Mojica (SBN 351006)
Gregory P. Priamos (SBN 136766)
481 4th Street, 2nd Floor
Hollister, CA 95023
(831) 636-4040
rebekah@prenticelongpc.com
gregory@prenticeongpc.com

*Attorneys for Defendants San Benito County et al.*

**CAMPANELLI & ASSOCIATES, P.C.**

*/s/ Andrew J. Campanelli*
Andrew J. Campanelli, Esq. (admitted *pro hac vice*)
1757 Merrick Avenue, Suite 204
Merrick, NY 11566
(516) 746-1600
ajc@campanellipc.com

*Attorneys for Defendants San Benito County et al.*

## ATTESTATION

I, Paige E. Adaskaveg, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

Dated: April 16, 2026

*/s/Paige E. Adaskaveg*
Paige E. Adaskaveg

5

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENTS TO CASE SCHEDULE – CASE NO. 5:25-CV-07760-SVK