Rebekah Mojica
Prentice Long, P.C.
481 4th Street, 2nd Floor
Hollister, California 95023
(831) 636-4040
rebekah@prenticelongpc.com

Andrew J. Campanelli *(Pro Hac Vice Pending)*
Campanelli & Associates, P.C.
1757 Merrick Avenue, Suite 204
Merrick, New York 11566
(516) 746-1600
ajc@campanellipc.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

SAN JOSE DIVISION

| | |
|---|---|
| T-MOBILE WEST LLC, and VB BTS II, LLC,<br><br>*Plaintiffs,*<br><br>v.<br><br>COUNTY OF SAN BENITO; COUNTY OF SAN BENITO BOARD OF SUPERVISORS; and DOM ZANGER, KOLLIN KOSMICKI, MINDY SOTELO, ANGELA CURRO, and IGNACIO VELAZQUESZ, in their official capacity as members of the County of San Benito Board of Supervisors,<br><br>*Defendants.* | Case No.: 5:25-cv-07760<br><br>**~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' CIVIL L.R. 6-3 MOTION TO ENLARGE TIME** |

Upon consideration of Defendants' Civil L.R. 6-3 Motion to Enlarge Time to Respond to Plaintiffs' Motion for Summary Judgment, the supporting declaration, all papers on file, and good cause appearing, the Court concludes that no further briefing on the motion to enlarge time is necessary, and IT IS HEREBY ORDERED:

1. Defendants' motion is GRANTED.

2. Defendants' response to Plaintiffs' Motion for Summary Judgment shall be filed on or before July 24, 2026.

3. Plaintiffs' reply shall be filed on or before July 31, 2026.

4. The hearing on Plaintiffs' Motion for Summary Judgment currently set for August 4, 2026, at 10:00 a.m., is VACATED and will be reset by the Court if necessary.

**IT IS SO ORDERED**.

Dated: July 16, 2026

Susan van Keulen

The Hon. Susan van Keulen
United States Magistrate Judge